JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ARTHUR SMART, | Case No. CV 17-01745-GW(JDE) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that that the petition is dismissed without prejudice.

Dated: April 14, 2017

_____
GEORGE H. WU
United States District Judge